| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANDREW L. MILLER, ESQ.
LAW OFFICE OF ANDREW L. MILLER
1550 New Road, Suite A
Northfield, NJ 08225
(609) 645-1599(p)
(609) 645-7554(f)
andrewmiller@almlaw.com

In Re:

MICHAEL A. MERLINO

Case No.: 14-23494

Chapter: 7
Hearing Date: April 26, 2022
Judge: ABA

## NOTICE OF MOTION TO REOPEN CASE

**ANDREW L. MILLER, ESQ.**, on behalf of the Debtor, MICHAEL A. MERELINO has filed papers with the Court requesting that an order be entered allowing the debtor(s) to reopen the case for the purpose of adding an omitted unsecured creditor and avoid a lien associated with said omitted creditor.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant this motion, or if you want the Court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:      April 26, 2022
Hearing Time:      10:00 AM
Hearing Location:  Mitchell H. Cohen U.S. Courthouse
                   400 Cooper Street, 4th Floor
                   Camden, N.J. 08101
                   Courtroom 4B

If you mail your response to the clerk for filing, you must mail it early enough so the Court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

ANDREW L. MILLER, ESQ.
LAW OFFICE OF ANDREW L. MILLER
1550 New Road, Suite A
Northfield, NJ 08225
(609) 645-1599(p)
(609) 645-7554(f)
andrewmiller@almlaw.com

If you, or your attorney, do not take the steps outlined above, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   April 01, 2022                                Andrew L. Miller
                                                     Andrew L. Miller, Esq.
                                                     Counsel for Movant Debtor