| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

ANDREW L. MILLER, ESQ.
LAW OFFICE OF ANDREW L. MILLER
1550 New Road, Suite A
Northfield, NJ 08225
(609) 645-1599(p)
(609) 645-7554(f)
andrewmiller@almlaw.com

In Re:

MICHAEL A. MERLINO

Case No.: **14-23494**
Chapter: 7
Hearing Date: April 26, 2022
Judge: ABA

# ORDER GRANTING MOTION TO REOPEN

The relief set forth on the following page is **ORDERED**.

The Court having reviewed the debtor's Motion to Reopen Case, and any related responses or objections, it is hereby

ORDERED that:

1. The debtor's case is reopened to allow debtor to amend his Chapter 7 petition to add a creditor, to amend debtor's statement of financial affairs and to file other motions with this Court as deemed necessary and appropriate, and as allowed by the Rules of this Court.