| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>ANDREW L. MILLER, ESQ.<br>LAW OFFICE OF ANDREW L. MILLER<br>1550 New Road<br>Suite A<br>Northfield, NJ 08225<br>(609) 645-1599(p)<br>(609) 645-7554(f)<br>Andrewmiller@almlaw.com<br>Counsel for Debtor | Case No.: 14-23494<br>Chapter: 7<br>Hearing Date: April 26, 2022 @ 0:00 AM<br>Judge: ABA |
| In Re:<br><br>MICHAEL A. MERLINO | |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this motion, as it does not involve complex issues of law.

Date: April 7, 2022

/s/ Andrew L. Miller
Andrew L. Miller, Esq.
Counsel for debtors