228648791

SUPERIOR COURT OF NEW JERSEY

| | | | |
|---|---|---|---|
| JUDGMENT: | DJ209557-12 | ACTION TYPE: | CONTRC-REG |
| CASE NUMBER: | DC 007803 12 | VENUE: | CAMDEN |
| DOCKETED: | 09/25/2012 | | |

CREDITOR(S):                              AWARD:        $6,440.98
   MIDLAND FUNDING LLC
   8875 AERO DRIVE, SAN DIEGO, CA 92123-0000
   ATTORNEY:  RALPH GULKO
            PRESSLER & PRESSLER
            7 ENTIN RD, PARSIPPANY, NJ 07054-5020
DEBTOR(S):
   MICHAEL MERLINO
   117 JUNIPER AVE, BERLIN, NJ 08009-0000        NOT ME
   ATTORNEY: PRO SE
NOTE:  AMOUNT DOCKETED IN SUPERIOR COURT, ADDL $$ MAY APPLY.

* * * END OF ABSTRACT * * *

SUPERIOR COURT OF NEW JERSEY

| | | | |
|---|---|---|---|
| JUDGMENT: | DJ047601-13 | ACTION TYPE: | FRGN JDG |
| CASE NUMBER: | 28 67 | VENUE: | ATLANTIC |
| DOCKETED: | 03/11/2013 | | |

CREDITOR(S):                              AWARD:        $10,059.36
   GRANT M FURNAS JR
   D/B/A PROMARK SERVICES
   7403 COMMONWEALTH DRIVE, CRESTWOOD, KY 00014-0000
   ATTORNEY:  REBECCA C. LAFFERTY
            YOUNGBLOOD LAFFERTY & SAMPOLI PA
            CORNERSTONE COMMERCE CENTER 1201 NEW RD, LINWOOD, NJ
            08221
DEBTOR(S):
   MICHAEL A MERLINO CPA
   1550 NEW ROAD, SUITE B, NORTHFIELD, NJ 08225-1106
NOTE:  NOTICE SENT ON 03-11-13
COMMENTS:    (JUDGMENT COMMENTS)
            JUDGT FROM KENTUCKY

* * * END OF ABSTRACT * * *